**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

OLGA MEDINA, : No. 190 MAL 2018
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
WORKERS' COMPENSATION APPEAL :
BOARD (F&P HOLDING CO., INC.), :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.